■ In the Matter of JOANNE GARRITY et al., Appellants, v JOHN J. SHERLOCK, Respondents. [646 NYS2d 635] —In a proceeding to invalidate a petition nominating Rosalie Menegas as the Republican Party candidate for the public office of Councilperson of the Town of Somers, the appeal is from a judgment of the Supreme Court, Westchester County (Colabella, J.), entered August 12, 1996, which dismissed the proceeding.

Ordered that the judgment is affirmed, without costs or disbursements.

The objector has failed to establish that the so-called Wilson-Pakula certificate (see, Election Law § 6-120 [3]) was improperly issued by the Town committee. Mangano, P. J., Sullivan, Pizzuto, Krausman and Goldstein, JJ., concur.